523 U. S. 1117.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1709. KUMHO TIRE CO., LTD., ET AL. *v.* CARMICHAEL ET AL. C. A. 11th Cir. [Certiorari granted, 524 U. S. 936.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1139. UNITED STATES *v.* RODRIGUEZ-MORENO. C. A. 3d Cir. [Certiorari granted, 524 U. S. 915.] Motion for appointment of counsel granted, and it is ordered that John P. McDonald, Esq., of Somerville, N. J., be appointed to serve as counsel for respondent in this case.

No. 97–1472. HADDLE *v.* GARRISON ET AL. C. A. 11th Cir. [Certiorari granted, 523 U. S. 1136.] Motion of National Whistle-Blower Center for leave to file a brief as *amicus curiae* granted.

No. 97–7164. HOLLOWAY, AKA ALI *v.* UNITED STATES. C. A. 2d Cir. [Certiorari granted, 523 U. S. 1093.] Motion for appointment of counsel granted, and it is ordered that Kevin J. Keating, Esq., of Garden City, N. Y., be appointed to serve as counsel for petitioner in this case.

No. 97–7541. MITCHELL *v.* UNITED STATES. C. A. 3d Cir. [Certiorari granted, 524 U. S. 925.] Motion for appointment of counsel granted, and it is ordered that Steven A. Morley, Esq., of Philadelphia, Pa., be appointed to serve as counsel for petitioner in this case.

No. 97–8978. RUSSELL *v.* VBR. C. A. 4th Cir. Motion of petitioner Katherine L. Russell for reconsideration of order denying leave to proceed *in forma pauperis* [524 U. S. 925] denied.

No. 98–413. LEGISLATURE OF CALIFORNIA ET AL. *v.* UNITED STATES HOUSE OF REPRESENTATIVES ET AL. Appeal from D. C. D. C. Motion of appellants to expedite consideration of jurisdictional statement and to consolidate with No. 98–404, *Department of Commerce et al.* v. *United States House of Representatives et al.* [probable jurisdiction noted, 524 U. S. 978], denied.

No. 98–5350. BURGER *v.* MASTERS, MATES & PILOTS UNION ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October